UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE MARKS LAW FIRM, P.C.

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY
SITUATED

                                                    Plaintiff(s)
                                                                Index # 1:21-CV-1052 PKC-CLP
                        - against -

                                                                Purchased February 26, 2021

BEAD SALE, LLC

                                                    Defendant(s)
                                                                **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 9, 2021 at 11:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET on BEAD SALE, LLC
therein named,

**SECRETARY**   a Foreign LIMITED LIABILITY COMPANY by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK
**OF STATE**    personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY
               COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to
               accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW and tendering the
required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|------------|---------------|------------------|-----------------|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on: March 15, 2021

JOSEPH KNIGHT                    RALPH J MULLEN                   VINETTA BREWER
Notary Public, State of New York  Notary Public, State of New York  Notary Public, State of New York        STEVEN C. AVERY
No. 01KN6178241                 No. 01MU6238632                  No. 01BR4949206
Qualified In New York County    Qualified in Queens County       Qualified in Bronx County
Commission Expires November 26, 2023  Commission Expires April 11,2023  Commission Expires April 3, 2023    Invoice #: 760441

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE MARKS LAW FIRM, P.C.

---

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY
SITUATED

                                                                    Plaintiff(s)
                                                                                    Index # 1:21-CV-1052 PKC-CLP
                            - against -

                                                                                    Purchased February 26, 2021
BEAD SALE, LLC

                                                                    Defendant(s)
                                                                                    Mail Date March 11, 2021

---                                                                                 **AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 11, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the
SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET to BEAD SALE, LLC at

9598 CORTANA PL
BATON ROUGE, LA

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA604889478US and was marked
personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an
attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described
and tendered the statutory fee.

Sworn to me on:  March 11, 2021

JOSEPH KNIGHT                    RALPH J MULLEN                  VINETTA BREWER                  CHRISTOPHER J. KLEIN
Notary Public, State of New York Notary Public, State of New York Notary Public, State of New York
No. 01KN6178241                  No. 01MU6238632                 No. 01BR4949206                 License #: 1188546
Qualified In New York County     Qualified in Queens County      Qualified in Bronx County
Commission Expires November 26, 2023  Commission Expires April 11,2023  Commission Expires April 3, 2023    Invoice #: 760441

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

**Registered No.** RA604889478US

**Date Stamp**

OFFICIAL USE
NEW YORK, NY 10007

CHURCH ST. STATION
MAR 1 1 2021
NEW YORK, NY 10007

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $2.20 | Extra Services & Fees (continued)) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $12.90 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $2.85 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Restricted Delivery $ $0.00 | Total Postage & Fees $ $17.95 | |
| Customer Must Declare Full Value $0.00 $ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
**UNITED PROCESS SERVICE, INC.**
**225 BROADWAY, SUITE 440**
**NEW YORK, NY 10007**

TO
Brad Sale, LLC.
95 9th Co..... LA 70815
Baton Rouge, LA 70815

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
(See Information on Reverse)